# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RICHARD IDEN,

    Plaintiff

v.

CARPENTER, et. al.,

    Defendants

Case No.: 3:21-cv-00027-MMD-WGC

**Order**

On February 26, 2021, the court entered an order directing the Attorney General's Office to advise the court within 14 days whether it would enter a limited notice of appearance on behalf of Defendants, and if so, also within 14 days of that order, to file a response to Plaintiff's motion for preliminary injunction concerning his claim that he has consistently not been getting his prescription medications on time. In particular, he claimed to have been without his medications for his seizures/tremor, heart and hypertension for three weeks. The court directed Defendants to include a discussion of the status of Plaintiff's medication refills and his contention about the delays; to file under seal the relevant medical records pertaining to this issue, as well as any other relevant documents, *and* to support their position with a declaration from a person with specific knowledge regarding Plaintiff's medical claim. (ECF No. 8.)

On March 17, 2021, Deputy Attorney General Nathan C. Holland filed a limited notice of appearance for purposes of settlement discussions. (ECF No. 9.) The notice does not mention the court's order at ECF No. 8, and no response to Plaintiff's motion for preliminary injunction was filed.

Defendants have until **April 2, 2021,** to file a document addressing the court's order at ECF No. 8, *i.e.*, indicating whether they will enter a limited notice of appearance for the purpose of responding to Plaintiff's motion for preliminary injunction, and if so, to file a response to the motion for preliminary injunction as directed in the previous order.

**IT IS SO ORDERED**.

Dated: March 26, 2021

*William G. Cobb*
William G. Cobb
United States Magistrate Judge