AARON D. FORD
  Attorney General
NATHAN C. HOLLAND, Bar No. 15247
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov

*Attorneys for Defendant,*
*Michael Minev*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IDEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARPENTER, et al.,<br><br>　　　　　Defendants. | Case USDC 3:21-cv-00027-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

　　　It is hereby stipulated and agreed by and between Plaintiff, Richard C. Iden, and Defendant Michael Minev, in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan C. Holland, Deputy Attorney General, that the above-

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

captioned matter is dismissed with prejudice, each party will bear their own attorney fees and costs.

Dated: 5/25/21

*[signature]*

Richard C. Iden, 72954
Plaintiff *Pro Se*

AARON D. FORD
Attorney General

Dated: 5/26/2021

By: /s/ Nathan C. Holland
Nathan C. Holland, Bar No. 15247
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: May 26, 2021.

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 26th day of May, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Richard Cary Iden #72954
Ely State Prison
P.O. Box 1989
Carson City, Nevada 89702
ESP_lawlibrary@doc.nv.gov

          /s/ Perla M. Hernandez
An employee of the
Office of the Attorney General